In the Matter of the Claim of MARY J. RHOE, Respondent, against DELAWARE, LACKAWANNA AND WESTERN RAILROAD COMPANY, Appellant.

STATE INDUSTRIAL BOARD, Respondent.

(Argued January 15, 1935; decided February 26, 1935.)

*John S. O'Donnell* and *Evan Hollister* for appellant.

*John J. Bennett, Jr., Attorney-General (Hector Robichon* of counsel), for State Industrial Board, respondent.

*George H. Kennedy* for claimant, respondent.

Order of the Appellate Division and award of the State Industrial Board reversed and claim dismissed, with ccsts in this court and in the Appellate Division against the State Industrial Board. Held, that the deceased was engaged in interstate commerce. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH, LOUGHRAN and FINCH, JJ.